IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

WAKEFIELD LLC,

        Plaintiff,

  -against-                                      Case No. 3:22-cv-04602-FLW-LHG

ACE AMERICAN INSURANCE COMPANY,        Conference Date: October 12, 2022

Defendant.

-----------------------------------------------------------------X

## RULE 41 JOINT STIPULATION OF DISMISSAL

COMES NOW, Plaintiff, Wakefield, LLC, and Defendant, Ace American Insurance Company, by and through their undersigned counsel, and hereby jointly stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure to the dismissal of this action with prejudice with each party to bear its own costs and fees.

Respectfully Submitted:

| | |
|---|---|
| **WEIR ATTORNEYS** | **COZEN O'CONNOR** |
| */S/ John Weir* | */S/ Paul Ferland* |
| John Weir, Esq. | Paul Ferland |
| Weir Attorneys | Andrew S. Paliotta (pro hac vice) |
| 2109 Pennington Road | COZEN O'CONNOR |
| Ewing, NJ 08638 | 3 WTC, 175 Greenwich St. 55th Floor |
| (609) 594-4000 | New York, NY 10007 |
| weirj@weirattorneys.com | Telephone: (212) 453-3914 |
| **LOCHNER LAW FIRM, P.C.** | Facsimile: (646) 461-2092 |
| /S/ Chase A. Eshelman | E-mail: pferland@cozen.com |
| Chase A. Eshelman (pro hac vice) | |
| Todd D. Lochner (pro hac vice) | |
| 91 Main Street, 4th Floor | |
| Annapolis, MD 21401 | |
| T: (443) 716-4400 | |
| F: (443) 716-4405 | |
| tlochner@boatinglaw.com | |
| ceshelman@boatinglaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2023, I filed the forgoing Rule 41 Joint Stipulation of Dismissal via ECF, which will notify and serve all counsel of record.

/s/ John Weir
**John Weir**